| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07) | Case Number **1:09−bk−11544** |
|---|---|

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/12/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Maranda Louise Medina
aka Mandy Medina
3391 Catoosa Parkway
Tunnel Hill, GA 30755

| Case Number:<br>1:09−bk−11544 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−5239 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Brent James<br>Harriss Hartmann Law Firm PC<br>P. O. Drawer 220<br>Rossville, GA 30741<br>Telephone number: (706) 861−0203 | Bankruptcy Trustee (name and address):<br>James R. Paris<br>P. O. Box 4364<br>147 North Market Street<br>Chattanooga, TN 37405<br>Telephone number: (423) 648−7714 |

### Meeting of Creditors

Date: **April 10, 2009**     Time: **03:00 PM**
Location: **Basement Room 18, U. S. Bankruptcy Court, 31 East 11th Street, Chattanooga, TN 37402**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 6/9/09**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.
However, prior to the meeting of creditors scheduled above, all creditors asserting a security interest in property of the debtor or of the estate must provide proof to the bankruptcy trustee that the interest has been perfected. See Local Bankruptcy Rule 3001−1(b). Unless a written request for notice is filed at or before the meeting of creditors, the bankruptcy trustee may abandon property of the estate without further notice to creditors. See Local Bankruptcy Rule 6007−1.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>31 East 11th Street<br>Chattanooga, TN 37402<br>Telephone number: (423) 752−5163 | **For the Court:**<br>Danny W. Armstrong<br>Clerk of the Bankruptcy Court |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:30 PM | Date: 3/13/09 |

| | **EXPLANATIONS** | B9A (Official Form 9A) (12/07) |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditors with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0649-1          User: mcpherson            Page 1 of 1                  Date Rcvd: Mar 13, 2009
Case: 09-11544                Form ID: b9a               Total Served: 13

The following entities were served by first class mail on Mar 15, 2009.
db          +Maranda Louise Medina,    3391 Catoosa Parkway,    Tunnel Hill, GA 30755-7437
aty         +Brent James,    Harriss Hartmann Law Firm PC,    P. O. Drawer 220,    Rossville, GA 30741-0220
tr          +James R. Paris,    P. O. Box 4364,    147 North Market Street,    Chattanooga, TN 37405-3981
7990695      Belk,    P. O. Box 981492,    El Paso, TX 79998-1492
7990696     +Citi Cards,    ATTN: Bankruptcy Dept.,    P. O. Box 6500,    Sioux Falls, SD 57117-6500
7990697     +Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
7990699     +Macy's Card,    ATTN: Bankruptcy Dept.,    P. O. Box 4563,    Carol Stream, IL 60197-4563
7990702      Sallie Mae Servicing,    P. O. Box 9500,    Wilkes Barre, PA 18773-9500

The following entities were served by electronic transmission on Mar 13, 2009.
tr          +EDI: BJRPARIS.COM Mar 13 2009 17:13:00      James R. Paris,    P. O. Box 4364,
              147 North Market Street,    Chattanooga, TN 37405-3981
ust         +E-mail/Text: ustpregion08.cn.ecf@usdoj.gov                            United States Trustee,
              Historic U.S. Courthouse,    31 E. Eleventh Street,    Fourth Floor,    Chattanooga, TN 37402-4205
7990698     +EDI: RMSC.COM Mar 13 2009 17:13:00      Dillard's,    ATTN: Bankruptcy Dept.,    P. O. Box 52067,
              Phoenix, AZ 85072-2067
7990700      EDI: RMSC.COM Mar 13 2009 17:13:00      Old Navy,    ATTN: Bankruptcy Dept.,    P. O. Box 981064,
              El Paso, TX 79998-1064
7990701     +EDI: RMSC.COM Mar 13 2009 17:13:00      PayPal Buyer Credit,    P. O. Box 981064,
              El Paso, TX 79998-1064
7990703      EDI: HFC.COM Mar 13 2009 17:13:00      Suzuki,    Attn: Bankruptcy Department,    PO BOx 15521,
              Wilmington, DE 19850-5521
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2009**              Signature:    _Joseph Speetjens_